**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 172 WAL 2014
:
               Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
JANE C. ORIE, :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.